

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 17, 2025

By ECF
Hon. Jesse M. Furman
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

SO ORDERED.

July 17, 2025

  Re: *Khabhaza v. Arteta*, No. 25 Civ. 5279 (JMF)

Dear Judge Furman:

  This Office represents the government in the above-referenced habeas corpus action. I write respectfully to memorialize what the government reported to the Court at the telephonic hearing this afternoon.

  First, notwithstanding the Immigration Judge's *sua sponte* vacatur of his bond order on July 16, 2025, ICE agrees to honor the terms of Petitioner's release as originally ordered by the Immigration Judge on July 7, 2025, namely, $1,500 bond and ICE "may, at its discretion require [Petitioner] to wear an ankle monitor at all times and may require [Petitioner] to check in at regular intervals." A copy of the July 7 bond order is attached for reference. Further, ICE agrees that it will not redetain Petitioner during the pendency of his removal proceedings unless Petitioner violates the conditions of his release or a final order of removal is entered.

  Second, the parties agree to the following schedule for further litigation:

- Petitioner shall file an amended petition, on consent, by July 24, 2025;
- Respondents' opposition is due by August 1, 2025; and
- Petitioner's reply memorandum, if any, is due by August 8, 2025.

I thank the Court for its consideration of this letter.

                                              Respectfully submitted,

                                              JAY CLAYTON
                                              United States Attorney for the
                                              Southern District of New York

                                By:    s/ Anthony J. Sun
                                              ANTHONY J. SUN
                                              Assistant United States Attorney
                                              86 Chambers Street, Third Floor
                                              New York, New York 10007
                                              Telephone: (212) 637-2810
                                              E-mail: anthony.sun@usdoj.gov

cc: Counsel of Record (by ECF)