UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MEYSAM KHABAZHA, :
:
Petitioner, :
: 25-CV-5279 (JMF)
-v- :
: ORDER
WILLIAM JOYCE et al., :
:
Respondents. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Respondents' representation that they will "honor the terms of Petitioner's release as originally ordered" and "will not redetain Petitioner during the pendency of his removal proceedings unless Petitioner violates the conditions of his release or a final order of removal is entered," ECF No. 15, and for the reasons discussed on the record during the telephone conference on July 17, 2025, Petitioner's emergency motion for a temporary restraining order is DENIED.  *See* ECF No. 13.

      The Clerk of Court is directed to terminate ECF No. 13.

      SO ORDERED.

Dated: July 21, 2025
       New York, New York

                                                    JESSE M. FURMAN
                                           United States District Judge