**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MEYSAM KHABAZHA,

                      Petitioner,

        -against-                                   25 **CIVIL** 5279 (JMF)

                                                      **JUDGMENT**

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT et al.,

                      Respondents.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated November 25, 2025, Khabazha's Petition for the

writ of habeas corpus is GRANTED, and Respondents are ORDERED to promptly release him

from the restrictions on his liberty imposed as a result of his unlawful re-detention on June 23,

2025 — including the ankle monitor and reporting requirements; accordingly, the case is closed.

**Dated:** New York, New York

       November 26, 2025

                                     **TAMMI M. HELLWIG**
                                  _____
                                      **Clerk of Court**

                 **BY:**              K. mango
                                    _____
                                      **Deputy Clerk**